**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

VOYAGER DIGITAL, LLC, et al.,

    Defendants.

**Case No. 1:23-cv-08960**

**PROOF OF SERVICE**

    I hereby certify that on October 16, 2023, I transmitted the Order dated October 15, 2023,

Dkt. 5, by email to counsel of record as follows, pursuant to agreement, *see* Fed. R. Civ. P.

5(b)(2)(F):

| | |
|---|---|
| Allyson Baker, Esq.<br>Erin Cass, Esq.<br>PAUL HASTINGS LLP<br>2050 M Street NW<br>Washington, DC 20036<br>allysonbaker@paulhastings.com<br>erincass@paulhastings.com | Sarah Krissoff, Esq.<br>Stephen Miller, Esq.<br>COZEN O'CONNOR<br>3 WTC, 175 Greenwich Street, 55th Fl.<br>New York, NY 10007<br>skrissoff@cozen.com<br>samiller@cozen.com |
| *Counsel for Defendants Voyager Digital, LLC; Voyager Digital Holdings, Inc.; and Voyager Digital Ltd.* | Helen Harris, Esq.<br>Matthew Letten, Esq.<br>DAY PITNEY LLP<br>242 Trumbull St. |
| Joseph Evans, Esq.<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, NY 10017<br>jbevans@mwe.com | Hartford, CT 06103<br>hharriss@daypitney.com<br>mletten@daypitney.com |
| *Counsel for Paul Hage, Plan Administrator of Voyager Digital, LLC; Voyager Digital Holdings, Inc.; and Voyager Digital Ltd.* | *Counsel for Defendants Stephen Ehrlich and Francine Ehrlich* |

Dated: October 17, 2023                           Respectfully submitted,

                                                   /s/ Quinn Martin
                                                  Quinn Martin (*pro hac vice motion pending)*
                                                  Attorney
                                                  Federal Trade Commission
                                                  600 Pennsylvania Avenue NW
                                                  Mail Stop: CC 10232
                                                  Washington, D.C. 20580
                                                  202-294-4849
                                                  qmartin@ftc.gov