```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :
FEDERAL TRADE COMMISSION,       :

                            Plaintiff,      :         1:23-cv-8960-GHW

                 -v -                      :         <u>ORDER</u>

VOYAGER DIGITAL, LLC, *a limited liability*
*company*, *et al.*,                             :

                          Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendants' December 22, 2023 request for leave to file a motion to dismiss, Dkt. No. 38, is granted. The deadline for Defendants to file and serve their motion to dismiss is February 12, 2024. Plaintiff's opposition is due within twenty-one days after service of Defendants' motion; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

      SO ORDERED.

Dated: January 3, 2024
       New York, New York                               _____
                                                                 GREGORY H. WOODS
                                                          United States District Judge