# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>VOYAGER DIGITAL, LLC, et al.,<br><br>Defendants. | Case No. 23-cv-08960-GHW-SLC<br><br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint and Declaration, Defendant Stephen Ehrlich and Relief Defendant Francine Ehrlich, by and through the undersigned counsel, hereby moves this Court, before the Honorable Gregory H. Woods, District Judge for the U.S. District Court for the Southern District of New York, for an Order dismissing Plaintiff Federal Trade Commission's Complaint (ECF No. 1) in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), and such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that any opposition and reply papers shall be filed in accordance with the briefing schedule set forth in the Court's January 3, 2024 Order (ECF No. 41).

Dated: February 12, 2024
       Stamford, Connecticut

DEFENDANT STEPHEN EHRLICH

By: */s/ Helen Harris*
    Helen Harris
    Day Pitney LLP
    One Stamford Plaza, 7th Floor
    263 Tresser Boulevard
    Stamford, Connecticut 06901
    T: (203) 977-7418
    F: (203) 399-5884
    hharris@daypitney.com

    Matthew Letten
    Day Pitney LLP
    225 Asylum Street
    Hartford, Connecticut 06103
    T: (860) 275-0100
    F: (860) 275-0343
    mletten@daypitney.com

    Sarah Krissoff
    Cozen O' Connor
    3 WTC, 175 Greenwich Street
    New York, NY 10007
    T: (212) 908-1388
    F: (646) 225-5128
    skrissoff@cozen.com

*Attorneys for Defendant Stephen Ehrlich and Relief Defendant Francine Ehrlich*