UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                    Plaintiff,

-v-

VOYAGER DIGITAL, LLC, VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL HOLDINGS, INC., STEPHEN EHRLICH, and FRANCINE EHRLICH,

                    Defendants.

CIVIL ACTION NO. 23 Civ. 8960 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 54) for entry of their proposed order regarding discovery relating to electronically stored information (the "ESI Order") is GRANTED.  The Court will enter the ESI Order by separate order.

The Clerk of Court is respectfully directed to close ECF No. 54.

Dated:      New York, New York
            February 20, 2024

SO ORDERED.

_/s/ Sarah L. Cave_

**SARAH L. CAVE**
**United States Magistrate Judge**