UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                            Plaintiff,<br><br>    -v-<br><br>VOYAGER DIGITAL, LLC, VOYAGER DIGITAL HOLDINGS, INC., VOYAGER DIGITAL HOLDINGS, INC., STEPHEN EHRLICH, and FRANCINE EHRLICH,<br><br>                            Defendants. | CIVIL ACTION NO. 23 Civ. 8960 (GHW) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Having reviewed the parties' letter at ECF No. 62, the Court orders as follows:

1. By **April 17, 2024**, the parties shall file a joint letter (the "Letter"), no longer than three (3) pages, reporting on the status of discovery and raising any issues requiring the Court's attention.

2. The telephone status conference scheduled for March 22, 2024 is ADJOURNED <u>sine die</u> and will be rescheduled, if appropriate, on the Court's receipt of the Letter.

The Clerk of Court is respectfully directed to cancel the March 22, 2024 telephone conference.

Dated:  New York, New York
        March 19, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**