```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
FEDERAL TRADE COMMISSION,                                         :
                                                                  :
                                          Plaintiff,              :     1:23-cv-8960-GHW
                                                                  :
                  -v -                                            :              ORDER
                                                                  :
VOYAGER DIGITAL, LLC, a limited liability                         :
company, et al.,                                                  :
                                                                  :
                                          Defendants.             :
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2024

GREGORY H. WOODS, United States District Judge:

On February 12, 2024, Stephen Ehrlich and Francine Ehrlich filed a motion to dismiss. Dkt. No. 48. The motion is fully briefed. *See* Dkt. Nos. 48–50, 57–58, 61. The Court will hold a conference to discuss this motion by telephone on May 16, 2024 at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

SO ORDERED.

Dated: May 10, 2024
   New York, New York

_____
GREGORY H. WOODS
United States District Judge