```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
FEDERAL TRADE COMMISSION,  :
:
                       Plaintiff,  :      1:23-cv-8960-GHW
:
             -v -  :      <u>ORDER</u>
:
VOYAGER DIGITAL, LLC, *a limited liability*  :
*company*, *et al.*,  :
:
                    Defendants.  :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      For the reasons discussed during the conference held on May 16, 2024, the motion to dismiss filed by Stephen Ehrlich and Francine Ehrlich is denied. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 48.

      SO ORDERED.

Dated: May 16, 2024
      New York, New York

                                                                      _____
                                                                    GREGORY H. WOODS
                                                              United States District Judge