

UNITED STATES OF AMERICA
**Federal Trade Commission**
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

June 20, 2024

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, NY 10007

RE:   *Federal Trade Commission v. Voyager Digital, LLC, et al.*, No. 1:23-cv-08960-GHW-SLC (S.D.N.Y.)

**Joint Letter on the Status of Discovery**

Dear Magistrate Judge Cave:

Pursuant to the Court's May 20, 2024 Order, Plaintiff the Federal Trade Commission ("FTC"), Defendant Stephen Ehrlich and Relief Defendant Francine Ehrlich (collectively, "the parties") respectfully submit the following report.

The parties have exchanged discovery requests and written responses and objections, and have made rolling document productions.  The parties have exchanged letters outlining their positions as to alleged discovery deficiencies and have met and conferred to discuss and attempt to resolve outstanding issues, and will continue to do so.

The FTC has received a voluminous production from settled defendant Voyager, which it has produced to the Ehrlich Defendants pursuant to their discovery requests.  The FTC issued a non-party subpoena for documents this week and will provide a copy of responsive material received to the Ehrlich Defendants.  The Ehrlich Defendants anticipate making a further production of responsive material to the FTC this week and, subject to any further inquiry or discussion with the FTC, a final production during the week of July 8.  The Ehrlich Defendants also anticipate sending document subpoenas to non-parties within the next week and will review and provide a copy of responsive materials received to the FTC.

The parties anticipate that they will need time to review the production from Voyager referred to above, which consists of close to half a million pages, as well as remaining discovery productions, and those from non-parties, before taking efficient and productive depositions.  The parties are proceeding expeditiously and have worked diligently to complete fact discovery by

Hon. Sarah L. Cave
June 20, 2024
Page 2

August 16, 2024.  Given the proximity of that date, the parties are discussing the feasibility of completing fact discovery by the current deadline.  The FTC has noted its concern that the case proceed without undue delay.  The Ehrlich Defendants also do not seek unwarranted delay, while recognizing the impact of the discovery matters and other developments in the case.  The parties will continue to discuss the potential submission of a letter motion and proposed revised case management plan.

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANT STEPHEN EHRLICH AND RELIEF DEFENDANT FRANCINE EHRLICH: |
|---|---|
| /s/ Mark Glassman | /s/ Helen Harris |
| Mark Glassman | Helen Harris |
| Quinn Martin | Day Pitney LLP |
| Sanya Sharasbi | One Stamford Plaza, 7th Floor |
| Federal Trade Commission | 263 Tresser Boulevard |
| 600 Pennsylvania Ave., NW | Stamford, Connecticut 06901 |
| Mail Drop CC-10232 | T: (203) 977-7418 |
| Washington, DC 20580 | F: (203) 399-5884 |
| (202) 326-2826 | hharris@daypitney.com |
| mglassman@ftc.gov | |
| qmartin@ftc.gov | Matthew Letten |
| sshahrasbi@ftc.gov | Johanna Lerner |
| | Day Pitney LLP |
| | 225 Asylum Street |
| | Hartford, Connecticut 06103 |
| | T: (860) 275-0100 |
| | F: (860) 275-0343 |
| | mletten@daypitney.com |
| | jlerner@daypitney.com |
| | |
| | Sarah Krissoff |
| | Cozen O' Connor |
| | 3 WTC, 175 Greenwich Street |
| | New York, NY 10007 |
| | T: (212) 908-1388 |
| | F: (646) 225-5128 |
| | skrissoff@cozen.com |