

UNITED STATES OF AMERICA
Federal Trade Commission
Washington, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

**VIA CM/ECF**

July 22, 2024

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, NY 10007

**RE:**   *Federal Trade Commission v. Voyager Digital, LLC, et al.*, No. 1:23-cv-08960-GHW-SLC (S.D.N.Y.)

**Joint Letter on the Status of Discovery**

Dear Magistrate Judge Cave:

Pursuant to the Court's June 20, 2024 Order, Plaintiff the Federal Trade Commission ("FTC"), Defendant Stephen Ehrlich and Relief Defendant Francine Ehrlich (collectively, "the parties") respectfully submit the following report.

By Letter Motion filed on July 17, 2024, the parties updated the Court on the status of discovery. On that date, the Ehrlich Defendants also served on the FTC a second set of interrogatories and requests for production, which the FTC is currently reviewing. The parties will continue to meet and confer to discuss and attempt to resolve outstanding issues, and will continue to advance discovery. The parties do not have additional information to report at this time regarding the status of discovery. The parties will update the Court if major issues arise that may require the Court's attention.

Hon. Sarah L. Cave
July 22, 2024
Page 2

Respectfully submitted,

**FOR PLAINTIFF:**

*/s/ Mark Glassman*
Mark Glassman
Quinn Martin
Sanya Shahrasbi
Federal Trade Commission
600 Pennsylvania Ave., NW
Mail Drop CC-10232
Washington, DC 20580
(202) 326-2826
mglassman@ftc.gov
qmartin@ftc.gov
sshahrasbi@ftc.gov

**FOR DEFENDANT STEPHEN EHRLICH AND RELIEF DEFENDANT FRANCINE EHRLICH:**

*/s/ Helen Harris*
Helen Harris
Day Pitney LLP
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, Connecticut 06901
T: (203) 977-7418
F: (203) 399-5884
hharris@daypitney.com

Matthew Letten
Johanna Lerner
Day Pitney LLP
225 Asylum Street
Hartford, Connecticut 06103
T: (860) 275-0100
F: (860) 275-0343
mletten@daypitney.com
jlerner@daypitney.com

Sarah Krissoff
Cozen O' Connor
3 WTC, 175 Greenwich Street
New York, NY 10007
T: (212) 908-1388
F: (646) 225-5128
skrissoff@cozen.com