

Division of Financial Practices
Bureau of Consumer Protection

> The parties' request at ECF No. 88 is GRANTED. By separate order, the Court will enter the parties' proposed stipulation and order concerning the protocol for conducting remote depositions.
>
> The Clerk of Court is respectfully directed to close ECF No. 88.
>
> SO ORDERED        8/12/2024
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA CM/ECF**

August 9, 2024

Hon. Sarah L. Cave
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, NY 10007

RE:  *Federal Trade Commission v. Voyager Digital, LLC, et al.*, No. 1:23-cv-08960-GHW-SLC (S.D.N.Y.)

**Joint Letter Motion Seeking Entry of Proposed Stipulated Order Concerning the Protocol for Conducting Remote Depositions**

Dear Magistrate Judge Cave:

The Federal Trade Commission, Defendant Stephen Ehrlich, and Relief Defendant Francine Ehrlich (collectively, "the Parties") respectfully request that the Court enter the Proposed Stipulated Order Concerning the Protocol for Conducting Remote Depositions (Attachment A).

Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANT STEPHEN EHRLICH: |
|---|---|
| /s/ Quinn Martin | /s/ Helen Harris |
| Mark Glassman | Helen Harris |
| Quinn Martin | Day Pitney LLP |
| Sanya Shahrasbi | One Stamford Plaza, 7th Floor |
| Federal Trade Commission | 263 Tresser Boulevard |
| 600 Pennsylvania Ave., NW | Stamford, CT 06901 |
| Mail Drop CC-10232 | T: (203) 977-7418 |
|  | F: (203) 399-5884 |