UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

                      Plaintiff,

  -v-

VOYAGER DIGITAL, LLC, et al.,

                      Defendants.

CIVIL ACTION NO. 23 Civ. 8960 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 4, 2024, it is ORDERED that the deadline for the parties to file a joint letter certifying the completion of fact discovery (ECF No. 98) is **EXTENDED** up to and including **January 3, 2025**. All other deadlines, including the December 20, 2024 deadline to complete fact discovery, remain in effect. (See ECF Nos. 80; 98).

Dated:      New York, New York
             December 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**