```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
 :
FEDERAL TRADE COMMISSION, :
 :
                         Plaintiff, :     1:23-cv-8960-GHW
 :
          -v - :     <u>ORDER</u>
 :
VOYAGER DIGITAL, LLC, *a limited liability* :
*company*, *et al.*, :
 :
                      Defendants. :
 :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 27, 2025, Plaintiff and the remaining defendants in this action, Stephen Ehrlich and Francine Ehrlich (together, the "Ehrlich Defendants"), filed a proposed Stipulated Order for Permanent Injunction, Monetary Judgment, and Other Relief that would resolve Plaintiff's claims against the Ehrlich Defendants, Dkt. No. 119, and a corresponding joint motion requesting that the Court enter the proposed order, Dkt. No. 120. The Court has entered the parties' proposed order. Accordingly, all claims in this matter have been resolved.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 120 and to close this case.

      SO ORDERED.

Dated: June 27, 2025
New York, New York

                                                      _____
                                                      GREGORY H. WOODS
                                                     United States District Judge